**FILED**

**MAY - 7 2008**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>v.                                  )<br>                                    )<br>BALBIR DHAMI,                       )<br>                                    )<br>            Defendant.              ) | Case No. MAG. 08-0136 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BALBIR DHAMI</u>, Case No. <u>MAG. 08-0136 DAD</u>, Charge <u>Title 21 USC §§ 846; 841; 853</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ <u>6,000,000.00 Secured by property posted with the court.</u>

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) <u>Pretrial Services Supervision of conditions of release</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 7, 2006</u> at <u>2:15 p.m.</u>

By _____
Dale A. Drozd
United States Magistrate Judge